# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Mark Rhoades, Appellant v. Comcast Corporation, et al.

APPEAL FROM DISTRICT COURT:
District: Eastern District of Pennsylvania
D.C. Docket No.: 2-03-cv-06604
Date proceedings initiated in D.C.: 12/08/2003
Date Notice of Appeal filed: 10/21/2015
USCA No.: 15-3565

## COUNSEL ON APPEAL

**Appellant(s)**: Mark Rhoades
Name of Counsel: Mark Rhoades
Name of Party(ies): Mark Rhoades
Address: One Liberty Place, 36th Floor, 1650 Market Street, Philadelphia, PA 19106
Telephone No.: 215-496-9002
Fax No.: 267-319-7901
E-mail: rhoades@rhoadesllc.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: David Woodward
Name of Party(ies): Plaintiffs' Class
Address: 310 Clifton Avenue, Minneapolis, MN 55403
Telephone No.: 612-412-3555
Fax No.: 612-338-4605
E-mail: dwoodward@heinsmills.com

Name of Counsel: Sheron Korpus
Name of Party(ies): Comcast Corporation
Address: 1633 Broadway, New York, NY 10019
Telephone No.: 212-506-1700
Fax No.: 212-506-1800
E-mail: skorpus@kasowitz.com

Is this a Cross-Appeal?    Yes ☐    No ☑
Appeals Docket No.:

Was there a previous appeal in case?    Yes ☑    No ☐
If yes, Short Title: Andrew Behrend et al. v. Comcast Corporation, et al
Appeals Docket No.: 04-4330; 06-1908; 10-2865
Citation, if reported: 655 F.3d 182 (3rd Cir. 2011)

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:

a) Arises from substantially the same case or controversy as this appeal?   Yes ☐   No ☑

b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
   Yes ☐   No ☑

If you answered yes to either "a" or "b" please provide:

Case Name:_____
D.C. Docket No.:_____
Court or Agency:_____
Docket Number:_____
Citation, if reported:_____

## NATURE OF SUIT
(Check as many as apply)

1. FEDERAL STATUTES
☑ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify:_____

2. TORTS
☐ ADMIRALTY

☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify:_____

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify:_____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 11th day of November, 2015.

Signature of Counsel: _____